UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:24-cv-00593-TLN-KJN
No. 2:24-cv-00594-TLN-KJN
No. 2:24-cv-00595-TLN-KJN
No. 2:24-cv-00596-TLN-KJN
No. 2:24-cv-00597-TLN-KJN
No. 2:24-cv-00598-TLN-KJN
No. 2:24-cv-00599-TLN-KJN
No. 2:24-cv-00600-TLN-KJN
No. 2:24-cv-00601-TLN-KJN
No. 2:24-cv-00602-TLN-KJN

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

1 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2 the Court to open a new case for each attempted new pleading and assign it to the undersigned for
3 review.  (*Id.* at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
4 Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)
5     The Court has reviewed the complaints/petitions filed in the above-captioned cases and
6 finds they are related to Plaintiff's Alameda County criminal conviction.
7     Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00593, 2:24-cv-00594, 2:24-
8 cv-00595, 2:24-cv-00596, 2:24-cv-00597, 2:24-cv-00598, 2:24-cv-00599, 2:24-cv-00600, 2:24-
9 cv-00601 and 2:24-cv-00602 are hereby DISMISSED.  The Clerk of the Court is directed to close
10 these cases.  No further filings will be accepted.
11     IT IS SO ORDERED.
12     Dated:    March 14, 2024

Troy L. Nunley
United States District Judge

2